FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA** 2019 DEC -5  PM 3: 26
**SAVANNAH DIVISION**

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR |
| | ) | |
| v. | ) | VIO: 21 U.S.C. § 846 |
| | ) | 18 U.S.C. § 1956(h) |
| | ) | |
| ADERIAUNA CRYSTAL | ) | |
| SHORTER, et al. | ) | **CR419-0204** |

## O R D E R

Based upon the application of the Government, and for good cause shown therein, it is

hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until

further Order of this Court, excepting only such disclosures as necessary to effect service of

process and to conduct initial appearances and related proceedings.

So ORDERED this 5th day of December, 2019.

HON. CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2