IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR419-0204 |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 846 |
| ADERIAUNA CRYSTAL SHORTER, et al. | ) | 18 U.S.C. § 1956(h) |
| | ) | |
| | ) | |
| | ) | |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be unsealed.

So ORDERED this 18th day of December, 2019.

HON. CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Order Prepared by:
Frank M. Pennington, II
Assistant United States Attorney
Telephone Number: 912-652-4422