IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | CASE NO. CR419-204 |
| ) | |
| ADERIAUNA CRYSTAL SHORTER, ) | |
| ) | |
| Defendant.       ) | |
| ) | |

## O R D E R

Before the Court is Defendant Aderiauna Crystal Shorter's Motion Requesting Additional Peremptory Challenges.[1] (Doc. 96.) On December 5, 2019, the grand jury returned an indictment charging Defendant Shorter and her co-defendants with one count of conspiracy to possess with intent to distribute and to distribute a controlled substance (cocaine and fentanyl), in violation of 21 U.S.C. § 846, and one count of money laundering conspiracy, in violation of 18 U.S.C. § 1956(h). (Doc. 3 at 1-3.)

In her motion, Defendant Shorter requests that, because she is being tried jointly, the Court grant her additional peremptory challenges to be used separately from her co-defendants'

---

[1] Originally, this motion was filed by Defendant Shorter's co-defendant, Kelvin Chelsea, on May 26, 2020. (Doc. 96.) On May 28, 2020, Defendant Shorter moved the Court to join several of Chelsea's motions, including the motion for additional peremptory challenges. (Doc. 97.) The Court dismissed Chelsea's motion for additional peremptory challenges on July 31, 2020. (Doc. 119.) However, on August 7, 2020, Magistrate Judge Ray granted Defendant Shorter's request to join Chelsea's motions and reopened the motion for disposition as to Defendant Shorter. (Doc. 121 at 1-2.)

peremptory challenges. (Doc. 96 at 2.) Federal Rule of Criminal Procedure 24(b) provides, in pertinent part:

> If the offense charged is punishable by imprisonment for more than one year, the government is entitled to 6 peremptory challenges and the defendant or defendants jointly to 10 peremptory challenges . . . . If there is more than one defendant, the court may allow the defendants additional peremptory challenges and permit them to be exercised separately or jointly.

However, "the district court 'is not required to give the defense side any extra peremptory challenges in multiple defendant trials.'" United States v. Pineda Castro, 795 F. App'x 635, 648 (11th Cir. 2019) (quoting United States v. Lopez, 649 F.3d 1222, 1242 (11th Cir. 2011)). After careful consideration, Defendant Shorter's motion for additional peremptory challenges (Doc. 96) is **DENIED**.

SO ORDERED this 13th day of August 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA