# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR419-204 |
| | ) | |
| ADERIAUNA CRYSTAL SHORTER, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Defendant Aderiauna Shorter has filed a motion seeking disclosure of statements made by her co-defendant, Lisa Williams, pursuant to the Government's obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. *See* doc. 124 at 1 (explaining that "the requested statements are potential Brady/Giglio evidence . . . ."). Normally, the Government would have fourteen days to respond to that motion. *See* S.D. Ga. L. Civ. R. 12.1 ("Unless otherwise ordered responses to motions shall be filed within fourteen (14) days after service of the motion."). The Court has, however, set a hearing on Shorter's previously filed motions for August 20, 2020. *See* doc. 123. To ensure that any outstanding motions may be efficiently addressed, the Government is **DIRECTED** to respond before that hearing. If the Government does not oppose the motion and

intends to produce the material, a written response is not necessary. The Government may simply report its non-opposition at the hearing. Any written response, however, should be filed no later than August 19, 2020.

**SO ORDERED**, this 13th day of August, 2020.

*/s/ Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia